IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOHN BELKNAP,                          )
                                       )
        Plaintiff,                     )
                                       )          CIVIL ACTION
v.                                     )
                                       )          FILE No. 5:23-cv-00334-MTT
SCHUSTER ENTERPRISES, INC.             )
                                       )
        Defendant.                     )

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, John Belknap, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), his Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice, and without an award of fees or costs to either party.

Dated: October 16, 2023.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 16, 2023, I filed the within and foregoing Notice of Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District Court for the Middle District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

Breanna H. Young, Esq.
Starnes Davis Florie LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Byoung@starneslaw.com

/s/Craig J. Ehrlich
Craig J. Ehrlich
